THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney Terrance
 Murray, Appellant.
 
 
 

Appeal from Spartanburg County
 J. Derham Cole, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-532
 Submitted September 2, 2008  Filed
September 11, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of Columbia; and Solicitor Kevin Harold W. Gawdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: 
 Rodney Terrance Murray was convicted of
 kidnapping and criminal sexual conduct in the first degree. He was sentenced to
 two concurrent terms of thirty years in prison.  Murrays counsel attached to
 the final brief a petition to be relieved as counsel, stating he had reviewed
 the record and concluded this appeal lacked merit.  Murray also filed a pro se brief.  On appeal, Murrays counsel argues the court erred in refusing
 to excuse a juror, for cause, who was the second cousin of the states main
 witness against the appellant. 
 Murray filed a pro se brief, and argued: (1) the trial judge erred in failing to excuse
 the same juror for cause; (2) the trial judge erred in denying Murrays trial
 counsel review of mental health provider Ms. Hamricks records; (3) the trial
 judge erred by allowing prosecutorial misconduct in the opening statement,
 insofar as the state misstated the evidence; and (4) the trial judge erred in
 accepting the guilty plea of Murrays co-defendant.  After a thorough review of the record and both
 briefs pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.